[No. 11607–0–I. Division One. August 22, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD
FRANK McQUADE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–1–03252–1, Peter K. Steere, J., entered
April 13, 1982. *Reversed* and *remanded* by unpublished
opinion per Andersen, C.J., concurred in by Callow and
Scholfield, JJ.

[No. 11287–2–I. Division One. August 22, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. MERLE
L. BRANDT, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–1–02928–7, Charles V. Johnson, J., entered
January 26, 1982. *Affirmed* by unpublished opinion per
Callow, J., concurred in by Durham, A.C.J., and Swanson,
J.

[No. 11577–4–I. Division One. August 22, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. RAY
JOHN KIDD, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–1–03269–5, Nancy A. Holman, J., entered
March 15, 1982. *Affirmed* by unpublished opinion per Cal-
low, J., concurred in by Swanson and Corbett, JJ.